JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBY MACDONALD, an individual, | Case No. 8:24-cv-01087-JWH-DFMx |
| Plaintiff, | |
| v. | **JUDGMENT** |
| THE BOEING COMPANY, a corporate entity form unknown, and DOES 1-50, inclusive, | |
| Defendants. | |

Pursuant to the "Order Granting Defendant's Motion for Summary Judgment [ECF No. 28]" entered substantially contemporaneously herewith, and in accordance with Rules 56 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332.

2. Fictitiously named Defendants Does 1-50 are **DISMISSED.**

3. The operative pleading is the Complaint [ECF No. 1-2] of Plaintiff Robby MacDonald.

4. Defendant The Boeing Company shall have **JUDGMENT** in its **FAVOR,** and **AGAINST** MacDonald. MacDonald shall take nothing by way of his Complaint. This action is **DISMISSED.**

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: December 1, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE